ACCEPTED
05-14-01579-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/18/2015 5:04:30 PM
LISA MATZ
CLERK

No. 05-14-01579-CV

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/18/2015 5:04:30 PM
LISA MATZ
Clerk

DAVID BAGWELL, INDIVIDUALLY AND AS TRUSTEE OF THE DAVID BAGWELL TRUST, AND MARILYN D. GARNER, CHAPTER 7 TRUSTEE OF THE ESTATE OF THE DAVID BAGWELL COMPANY AND TRUSTEE OF THE ESTATE OF EVERMORE COMMUNITIES, LTD.,

Appellants,

v.

BBVA COMPASS AND SAM MEADE

Appellees.

On Appeal from the 101st District Court
Dallas County, Texas

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d). Appellant Marilyn D. Garner, Chapter 7 Trustee of the estate of the David Bagwell Company and Trustee of the Estate of Evermore Communities, Ltd., file this Unopposed Motion for Extension of Time to File Appellant's Brief.  In support of the 14-day

1

extension requested in this motion, Appellant would respectfully show the Court the following:

1. On February 18, 2015, the Court granted Appellants' request for an extension of 30 days to file their brief, making the due date March 23, 2015. For the folowing reasons, Appellants request an additional extension of 14 days to file their brief, making the new due date April 6, 2015.

2. The undersigned, Appellant's lead appellate counsel, has been and will be involed in other matters that necessitate an extension, including:

a. Preparation for and attendance in mediation on on March 6, 2015 in *EXCO Resources Inc. v. United Rentals, Inc.*; 3:13-CV-00897; United States District Court for the Northern District of Texas, Dallas Division;

b. Preparation for and attendance in the deposition of Kent Gatzki on March 18, 2015 in *Wasserman, et al. v. Dondero, et al.*; DC-13-06074; 191st Judicial District Court, Dallas County; and

c. Preparation for and attendance in the deposition of James Dondero on March 23, 2015 in *Wasserman, et al. v. Dondero, et al.*; DC-13-06074; 191st Judicial District Court, Dallas County.

3. Because these and other scheduling conflicts, the undersigned believes that a 14-day extension will be necessary in order to prepare and adequate brief in this case.

WHEREFORE, Appellant Marilyn D. Garner, Chapter 7 Trustee of the estate of the David Bagwell Company and Trustee of the Estate of Evermore Communities, Ltd., respectfully prays that the Court grant this unopposed motion and extend the time to file Appellant's Brief to April 6, 2015.

Respectfully submitted,

_____
Patrick W. Powers
State Bar No. 24013351
patrick@powerstaylor.com
Peyton J. Healey
State Bar No. 24035918
peyton@powerstaylor.com

POWERS TAYLOR LLP
8150 North Central Expressway
Suite 1575
Dallas, Texas 75206
Phone: 214.239.8900
Fax: 214.239.8901

*Attorneys for Appellant Marilyn D. Garner, Chapter 7 Trustee of the estate of the David Bagwell Company and Trustee of the Estate of Evermore Communities, Ltd.*

CERTIFICATE OF CONFERENCE

On March 18, 2015, the undersigned confered with Jeffrey Seeburger, counsel for Appellees, and Jeffrey Hall, counsel for co-Appellants, regarding this motion. Both counsel stated that their clients do not oppose the requested extension of time to file the Appellant's Brief.

*/s/ Peyton J. Healey*

Peyton J. Healey

3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record, on this the 18th day of March 2015, as follows:

*VIA ELECTRONIC FILING SERVICE*
Michael Logan
Jeffrey Seeburger
Victoria Nsikak
KANE RUSSELL COLEMAN & LOGAN PC
1601 Elm Street
3700 Thanksgiving Tower
Dallas, Texas 75201

*VIA ELECTRONIC FILING SERVICE*
Jeffrey S. Levinger
Levinger PC
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202

*VIA ELECTRONIC FILING SERVICE*
Jeffrey T. Hall
Attorney at Law
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201

*/s/ Peyton J. Healey*

Peyton J. Healey